# VULLINGS LAW GROUP, LLC

Attorneys At Law

3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PENNSYLVANIA  19426
(610) 489-6060
(610) 489-1997 FAX

BRENT F. VULLINGS

Admitted in  PA, NJ, NY & DC

bvullings@vullingslaw.com

August 26, 2014

Honorable John E. Jones III
United States District Court
Middle District of Pennsylvania (Harrisburg)
228 Walnut Street #1060
Harrisburg, PA 17101

      Re:    **Toni Braunagel v. Penn Credit Corporation**
               **No. 1:14-cv-01115-JEJ**

Your Honor:

      Kindly be advised the above referenced matter has been settled. We are waiting for circulation of the proposed release in order to finalize the settlement.

      Thank you for your time in this matter.

      Sincerely,

      ***/s/ Brent F. Vullings***

      Brent F. Vullings, Esq.

BFV:fc